KASOWITZ BENSON TORRES LLP
Robert W. Bosslet (SBN 278027)
2029 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (424)288-7900
Fax: (424) 288-7901
rbosslet@kasowitz.com

*Attorneys for Plaintiff*
*MusclePharm Corporation*

TONY TOOTELL, CA Bar No. 235032
　ttootell@foley.com
MIKLE S. JEW, CA Bar No. 316372
　mjew@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

*Attorneys for Defendant*
*NBF Holdings Canada Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MusclePharm Corporation, a Nevada corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NBF Holdings Canada Inc., a Canadian corporation,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cv-05504 MCS (RAOx)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff MusclePharm Corporation ("Plaintiff") and Defendant NBF Holdings Canada Inc. ("Defendant", together with Plaintiff, the "Parties") have reached a settlement in principle in the above captioned case and are in the process of documenting said settlement.

Plaintiff anticipates filing a dismissal, with prejudice, of its claims against Defendant within 30 days of the Parties' execution of the settlement agreement. Plaintiff hereby waives any objections to Defendant's filing of a responsive pleading to Plaintiff's complaint within 30 days of any notice to the Court that the Parties intend to resume litigation.

DATED: September 9, 2021          **KASOWITZ BENSON TORRES LLP**

*/s/ Robert W. Bosslet*
Robert W. Bosslet
2029 Century Park East
Suite 2000
Los Angeles, California, 90067
Tel.: (424) 288-7900
Fax: (310) 943-3871
Email: rbosslet@kasowitz.com

*Attorneys for Plaintiff*
*MusclePharm Corporation*

DATED: September 9, 2021          **FOLEY & LARDNER LLP**
Tony Tootell
Mikle S. Jew

*/s/ Tony Tootell*
Tony Tootell
Attorneys for Defendant
NBF Holdings Canada Inc.

* Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: September 9, 2021　　　　**FOLEY & LARDNER LLP**
　　　　　　　　　　　　　　　　Tony Tootell
　　　　　　　　　　　　　　　　Mikle S. Jew


　　　　　　　　　　　　　　　　*/s/ Tony Tootell*
　　　　　　　　　　　　　　　　Tony Tootell
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　NBF Holdings Canada Inc.